IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MANUEL RENE NEGRON,<br><br>                      Petitioner,<br>v.<br><br>AE WEALTH MANAGEMENT, LLC,<br><br>                      Respondent. | MEMORANDUM DECISION AND ORDER GRANTING PETITIONER'S MOTION FOR DEFAULT JUDGMENT<br><br>Case No. 2:25-cv-00095<br><br>Judge Ted Stewart |

This matter comes before the Court on Petitioner's Motion for Default Judgment.[1] Petitioner properly served Respondent AE Wealth Management, LLC, who has since failed to plead or otherwise appear and defend against Petitioner's Complaint. The Clerk of the Court entered a Default Certificate against Respondent on April 16, 2025,[2] and Petitioner filed the present Motion on April 22, 2025. Based on the Motion and good cause appearing, the Court will grant Petitioner's Motion for Default Judgment. The Court finds that Petitioner timely applied for the order of confirmation and jurisdiction is proper. Consistent with the Amended Final Award in JAMS Arbitration Case Reference No. 5425002027,[3] Petitioner is entitled to expungement of Occurrence Nos. 2037691 and 1986365 from the CRD, IAPD, and Broker Check records.

---

[1] Docket No. 15.

[2] Docket No. 14.

[3] Docket No. 1-1.

DATED April 30, 2025.

                    BY THE COURT:

                    _____
                    TED STEWART
                    United States District Judge